**FILED**

NOV 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723
   Facsimile: (916)554-2900
5
6  Attorneys for Plaintiff
   United States of America

**SEALED**

7

8                IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )
                                        )
11          Plaintiff,                  ) [PROPOSED] SEALING ORDER
                                        )
12     v.                               )
                                        )
13 IN RE MATTER OF SEIZURE WARRANT      ) 2 06-SW--352 DAD
   FOR CERTAIN FUNDS IN BANK ACCOUNT    )
14                                      )
                                        )
15 _____)

16     For good cause shown in ¶ 59 of the affidavit of Christopher
17 S. Fitzpatrick, Special Agent, IRS-CI, in support of the seizure
18 warrant issued in the above-captioned matter, the Court orders
19 that such affidavit be, and the same hereby is, SEALED pending
20 further order of the Court.

21     IT IS SO ORDERED.
22 DATED: 11/20/06              _____
                                DALE A. DROZD
23                              UNITED STATES MAGISTRATE JUDGE